IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYOR SAESEE,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br>  Defendant | Case No.: 1:11-cv-01428 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Nayor Saesee ("Plaintiff") to file an opening brief. (Doc. 13). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7-1 at 4), and no previous extensions have been requested by the parties.

Accordingly, it is **HEREBY ORDERED** Plaintiff is granted an extension of time until **April 19, 2012**, to file an opening brief.

IT IS SO ORDERED.

Dated:   **March 21, 2012**                       /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE